IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRANSTON PRINT WORKS COMPANY,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-09838

Judge Mary M. Rowland

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Barnrae |
| 2 | LAYHTKTL |
| 3 | SXMURP Autumn Sale Up to 50% off |
| 4 | WujiJia |
| 19 | VJIOJAP Fall Sale 2024 |
| 20 | MABUTINGTI October Sales Promotion 2024 |
| 21 | Tantisy ★ Easter Day Big Promotion |
| 22 | YUedda |
| 23 | Azeralia |
| 25 | BTLYUIOAPE Prime Day Deals Today 2024 |
| 29 | RALUEMID7-14 DAYS FAST SHIPPING |
| 30 | HJFNSDFWS |
| 31 | JUKYHEBA |
| 32 | IAJDKMEK |
| 33 | NIUQI Prime Day Deals Today 2024 |
| 42 | NAMTYQX Halloween Shirts ➤6-12 days↘ |
| 45 | XIAXOGOOL 7-15 days delivery |
| 47 | NJKHMCFTIR-Fall Deals UP 7-12 Days Delivery |
| 55 | Ruixinchengwangluo |

| | |
|---|---|
| 57 | BTDECLAR Clearance Sales Today Deals Prime |
| 67 | Caixun |
| 73 | Kaixiangon |
| 75 | JJJ Lin32 |
| 78 | WuLidianzi |

DATED: October 29, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt